**CERTIFICATE OF SERVICE**

*Marine Power Holding, LLC*

**CIT Case No. 1:26-cv-01141**

Pursuant to Rules 4(b) and (h) of the Rules of the Court of International Trade, I certify that on February 23, 2026, copies of the foregoing Summons, Complaint, Form 5, Form 11, and Form 13 filed in this case were served upon the following individuals, by certified mail, return receipt requested

**UPON THE UNITED STATES**
Justin Miller Attorney-In-Charge
International Trade Field Office
Commercial Litigation Branch
U.S. Department of Justice
Room 346
26 Federal Plaza
New York, New York 10278

**UPON U.S. CUSTOMS AND BORDER PROTECTION**
U.S. Customs and Border Protection 1300 Pennsylvania Avenue, NW Washington D.C. 20229-0002

**UPON RODNEY S. SCOTT**
Rodney S. Scott
Commissioner
U.S. Customs and Border Protection,
1300 Pennsylvania Avenue, NW
Washington D.C. 20229-0002

/s/ *Edward T. Hayes*
Edward T. Hayes